Gaston, J.
 

 The time, at which a sentence shall be carried into execution, forms no part of the judgment of the court. The judgment is the penalty of the law, as declared by the court, while the direction, with respect to the time of carryiug it into eifect, is in the nature of an award of execution. In this case the judgment was that the defendant be imprisoned two calendar months; and the words, which follow in the record, “ from and after the 1st of November next,” direct the time of executing the judgment. The entry, indeed, would have been more formal, had the judgment and the mandate for carrying it into effect been separate and distinct, But, however informal, it can be understood, in conformity to the law, as consisting of distinct parts, and therefore ought to be so understood. Upon the defendant appearing in court and his identity not being denied, and it being admitted that the sentence of the court had not been executed, it was proper to make the necessary order for carrying the sentence into execution. There is therefore no error in the order appealed from. This opinion must be certified to the Superior Court of Haywood with the appropriate directions.
 

 Per Curiam, Ordered accordingly,.